IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

COMMON CAUSE, COMMON CAUSE
WISCONSIN, and BENJAMIN R. QUINTERO,

                Plaintiffs,

  v.

MARK L. THOMSEN, ANN S. JACOBS,
BEVERLY R. GILL, JULIE M. GLANCEY,
DEAN KNUDSON, MARGE BOSTELMANN,
ROBERT F. SPINDELL, JR., *in their
official capacities as Commissioners of the
Wisconsin Elections Commission*, and
MEAGAN WOLFE, *in her official capacity
as the Administrator of the
Wisconsin Elections Commission*,

                Defendants.

ORDER

19-cv-323-jdp

---

A scheduling conference was held before District Judge James D. Peterson. Plaintiffs appeared by Jonathan Sherman, Diane Welsh, and Michelle Kanter Cohen. Defendants appeared by Michael Murphy, Gabe Johnson-Karp, and Jody Schmelzer.

The parties agreed that they would forgo a motion for a preliminary injunction and a motion to dismiss in favor of expedited cross motions for summary judgment.

The court set the following schedule:

**September 18**: The parties will file cross motions for summary judgment.

**September 22**: The parties will file their responses. Both sides should state their position on whether they believe a hearing is needed.

**September 24**: The court will hold a hearing at 9:00 a.m., if needed. The primary purpose of the hearing will be to conduct an oral argument, but the parties may call witnesses

if they believe that would be helpful. The parties should assume that a hearing will be held unless the court instructs otherwise.

**October 1:** The projected date of a decision.

The court will not set a specific schedule for discovery. The parties will attempt to present their motions on stipulated facts. If either side plans to submit a declaration from any witness, they should provide the other side with notice, so that a deposition may be taken if necessary.

Entered August 25, 2020.

                                              BY THE COURT:

                                              /s/
                                              _____
                                              JAMES D. PETERSON
                                              District Judge