IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| COMMON CAUSE, COMMON CAUSE WISCONSIN, BENJAMIN R. QUINTERO,<br><br>*Plaintiffs*,<br><br>v.<br><br>ANN S. JACOBS, MARK L. THOMSEN MARGE BOSTELMANN, JULIE M. GLANCEY, ROBERT F. SPINDELL, JR., and DEAN KNUDSON, in their official capacities as Commissioners of the Wisconsin Elections Commission, MEAGAN WOLFE, in her official capacity as the Administrator of the Wisconsin Elections Commission,<br><br>*Defendants*. | **Case No. 19-cv-323** |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56(c), Plaintiffs Common Cause, Common Cause Wisconsin, and Benjamin R. Quintero (collectively, "Plaintiffs"), by their attorneys Fair Elections Center and Pines Bach LLP, hereby move the Court to grant summary judgment in their favor: (1) declaring that WIS. STAT. §§ 5.02(6m), 6.79(2)(a), 6.86(1)(ar), and 6.87(1) violate the First and Fourteenth Amendments of the United States Constitution and 52 U.S.C. § 10101(a)(2)(B), to the extent they impose issuance date, expiration date, two-year expiration, and signature requirements on Wisconsin voters who use their college and university ID cards as voter identification; (2) enjoining the enforcement of the issuance

date, expiration date, two-year expiration, and signature requirements in WIS. STAT. §§ 5.02(6m), 6.79(2)(a), 6.86(1)(ar), and 6.87(1); and (3) awarding Plaintiffs their costs, expenses, disbursements, and reasonable attorneys' fees incurred in bringing this action pursuant to 42 U.S.C. § 1988.

As grounds for this motion, Plaintiffs respectfully represent that there are no issues of material fact in dispute and, therefore, that Plaintiffs' claims can be resolved as a matter of law. The grounds are more fully set forth in the Joint Stipulation of Facts, *see* dkt. 43, and the Brief in Support of Plaintiffs' Motion for Summary Judgment.

Respectfully submitted this 18th day of September, 2020.

/s/ Jon Sherman
Jon Sherman
D.C. Bar No. 998271
Michelle Kanter Cohen
D.C. Bar No. 989164
Cecilia Aguilera
D.C. Bar No. 1617884
FAIR ELECTIONS CENTER
1825 K St. NW, Suite 450
Washington, DC 20006
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
caguilera@fairelectionscenter.org
Phone: 202-331-0114

Lester A. Pines
SBN 1016543
Diane M. Welsh
SBN 1030940
PINES BACH LLP
122 West Washington Ave.
Suite 900
Madison, WI 53703
(608) 251-0101 (telephone)
(608) 251-2883 (facsimile)

                        lpines@pinesbach.com
                        dwelsh@pinesbach.com