IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

COMMON CAUSE, COMMON CAUSE
WISCONSIN, BENJAMIN R.
QUINTERO,

    Plaintiffs,

v.                          Case No. 19-CV-323

MARK L. THOMSEN, *et al.*,

    Defendants.

---

## DEFENDANTS' NOTICE OF MOTION AND MOTION
## FOR SUMMARY JUDGMENT

---

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 56, the Defendants, by their undersigned counsel, hereby move the Court for summary judgment on all claims in the above-captioned action. The grounds for this motion are set forth in the accompanying brief.

WHEREFORE, Defendants respectfully request that the Court grant their summary judgment motion, dismiss all of Plaintiffs' pending claims with prejudice, and grant judgment to Defendants.

Dated this 18th day of September 2020.

Respectfully submitted,

ERIC J. WILSON
Deputy Attorney General of Wisconsin

Electronically signed by:

s/S. Michael Murphy
S. MICHAEL MURPHY
Assistant Attorney General
State Bar #1078149

GABE JOHNSON-KARP
Assistant Attorney General
State Bar #1084731

JODY J. SCHMELZER
Assistant Attorney General
State Bar #1027796

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-5457 (Murphy)
(608) 267-8904 (Johnson-Karp)
(608) 266-3094 (Schmelzer)
(608) 294-2907 (Fax)
murphysm@doj.state.wi.us
johnsonkarpg@doj.state.wi.us
schmelzerjj@doj.state.wi.us