IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| COMMON CAUSE, COMMON CAUSE WISCONSIN, BENJAMIN R. QUINTERO,<br><br>*Plaintiffs*,<br><br>v.<br><br>ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMANN, JULIE M. GLANCEY, ROBERT F. SPINDELL, JR., and DEAN KNUDSON, in their official capacities as Commissioners of the Wisconsin Elections Commission, MEAGAN WOLFE, in her official capacity as the Administrator of the Wisconsin Elections Commission,<br><br>*Defendants*. | Case No. 19-cv-323 |

## PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS BENJAMIN QUINTERO'S CLAIMS AND FOR LEAVE TO FILE DECLARATION

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Benjamin Quintero moves this Court to voluntarily dismiss his claims. Plaintiff Quintero's claims in this case are now moot and, therefore, his claims should be dismissed without prejudice. *See, e.g., Dixon v. ATI Ladish LLC*, 667 F.3d 891, 894 (7th Cir. 2012) (noting that dismissal without prejudice "is the consequence of mootness"). Accordingly, Plaintiff Quintero respectfully requests that this Court dismiss his claims as moot and without prejudice.

Plaintiffs Common Cause and Common Cause Wisconsin further move for leave to file the attached declaration from Benjamin Quintero as evidence for this Court's consideration in ruling on the pending cross-motions for summary judgment. *See* Ex. 1. Plaintiffs respectfully request the opportunity to present oral argument at a hearing. Benjamin Quintero is prepared to sit for a deposition or testify at the rescheduled hearing.

Respectfully submitted this 4th day of December, 2020.

/s/ Jon Sherman
Jon Sherman
D.C. Bar No. 998271
Michelle Kanter Cohen
D.C. Bar No. 989164
Cecilia Aguilera
D.C. Bar No. 1617884
FAIR ELECTIONS CENTER
1825 K St. NW, Suite 450
Washington, DC 20006
jsherman@fairelectionscenter.org
mkantercohen@fairelectionscenter.org
caguilera@fairelectionscenter.org
Phone: 202-331-0114

Lester A. Pines
SBN 1016543
Diane M. Welsh
SBN 1030940
PINES BACH LLP
122 West Washington Ave.
Suite 900
Madison, WI 53703
(608) 251-0101 (telephone)
(608) 251-2883 (facsimile)
lpines@pinesbach.com
dwelsh@pinesbach.com