IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

COMMON CAUSE AND COMMON
CAUSE WISCONSIN,

    Plaintiffs,

v.

MARK L. THOMSEN, ANN S. JACOBS, BEVERLY R. GILL, JULIE M. GLANCEY, DEAN KNUDSON, MARGE BOSTELMANN, ROBERT F. SPINDELL, JR. in their official capacities as Commissioner of the Wisconsin Elections Commission, and MEAGAN WOLFE, in her official capacity as the Administrator of the Wisconsin Elections Commission,

    Defendants.

Case No. 19-cv-323-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Mark L. Thomsen, Ann S. Jacobs, Beverly R. Gill, Julie M. Glancey, Dean Knudson, Marge Bostelmann, Robert F. Spindell, JR. and Meagan Wolfe against plaintiffs Common Cause and Common Cause Wisconsin dismissing this case.

| s/V. Olmo, Deputy Clerk | 12/9/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |